TDCJ Offender Details

27,893-03

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01494748 |
| **TDCJ Number:** | 00472097 |
| **Name:** | MANSELL,WELDON WILBERT |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1951-09-19 |
| **Maximum Sentence Date:** | 2019-07-03 |
| **Current Facility:** | WEST TEXAS ISF |
| **Projected Release Date:** | 2015-07-18 |
| **Parole Eligibility Date:** | 2012-07-17 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**     Offender is not scheduled for release at this time.

**Scheduled Release Type:**     Will be determined when release date is scheduled.

**Scheduled Release Location:**     Will be determined when release date is scheduled.

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1987-07-30 | | 1988-01-15 | BEXAR | 87-CR-4201 | 25-00-00 |